JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
2900 Bristol Street, Suite "A-208"
COSTA MESA, CA 92626
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 13-3682 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| SANDRA LOYA, AKA SANDRA P. MEZA, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sandra Loya, aka Sandra P. Meza, in the principal amount of $2,646.02 plus interest accrued to May 15, 2013, in the sum of $5,069.19; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$7,715.21**.

DATED: 10/1/13    By: TERRY NAFISI
                      Clerk of the Court

                      _____
                      Deputy Clerk
                      United States District Court